## IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS
#### _____DIVISION

ROBERT J. MILOW, JR.;
BRIDGETTE MILOW;
MAISHA HALE, INDIVIDUALY, AND
MAISHA HALE, AS NEXT OF FRIEND
AND GUARDIAN OF RAPHIAL SMITH                          **PLAINTIFFS**

V.                          CASE NO. CV 3016-679

D&M CARRIERS AND
JOHN B. LINEBERGER III., Individually.                 **DEFENDANTS**

### COMPLAINT FOR DAMAGES

COMES NOW the Plaintiffs, Robert L Milow, Jr., Bridgette Milow, Maisha Hale, Individually, and Maisha Hale, As Next of Friend and Guardian of Raphial Smith, by and through their undersigned attorneys of record, Mays, Byrd & Associates, P.A., by Tiffany Mays O'Guinn, and for their cause of action against Defendants D&M Carriers and Defendant John B. Lineberger III., Individually and state and allege as follows:

### VENUE AND JURISDICTION

1. This is an action in excess of $1,000,000.00, exclusive of post judgment interest and cost.

2. At all times material, Plaintiff Robert J. Milow, Jr. was and is a citizen and resident of Crittenden County, Earle, Arkansas.

3. At all times material, Plaintiff Bridgette Milow, was and is a citizen and resident of Crittenden County, Earle, Arkansas.

4. At all times material, Plaintiff Maisha Hale, Individually, was and is a citizen and resident of Crittenden County, Earle, Arkansas.

5.  At all times material, Plaintiff Maisha Hale, As Next of Friend and Guardian of Raphial Smith, was and is a citizen and resident of Crittenden County, Earle, Arkansas.

6.  At all times material, Defendant D&M Carriers, was and is an Oklahoma Corporation with its principal place of business at 8125 SW 15th Street, Oklahoma City, OK 73128 and can be served through its registered agent, David R. Freymiller, at 8125 SW 15th Street, Oklahoma City, OK, 73128.

7.  At all times material, John B. Lineberger III, was and is a citizen and resident of Canadian County, Yukon, Oklahoma and may be served at his residence at 708 Tumbleweed Dr., Yukon, Oklahoma, 73099.

8.  At all times material, Defendant John B. Lineberger III, was the employee, agent or servant of Defendant D&M Carriers, and at all times material was acting within the course and scope of said employment.

9.  Upon information and belief, at all times material hereto; the Defendant D&M Carriers and Defendant John B. Lineberger were authorized to do and were actively doing business in Crittenden County, Earle, Arkansas, and/or the State of Arkansas.

### FACTS

10.  On or about November 11, 2014, Robert J. Milow, Jr. was driving on I-55 west bound when he legally merged onto the left lane after being directed by traffic control devices.

11.  On or about November 11, 2014, Defendant Lineberger was traveling 1-55 west bound at the same time when he rear ended Plaintiff Robert Milow, Jr.'s vehicle causing a collision that sent Plaintiff's Robert J. Milow, Jr.'s vehicle off the road to the right hitting a barrel.

12.  At the said time and place, Defendant Lineberger disregarded the collision and

2

continued driving. Plaintiff, Robert J. Milow, Jr., followed him in his vehicle until he finally stopped.

13. At the said time and place, also traveling with Plaintiff, Robert J. Milow, Jr. were Plaintiffs, Bridgette Milow, Maisha Hale, Individually, and Maisha Hale, As Next of Friend and Guardian of Raphial Smith As a direct and proximate result of both Defendant D&M Carriers and Defendant John B. Lineberger III's negligence, carelessness and recklessness, Plaintiffs, Robert L Milow, Jr. Jr., Bridgette Milow, Maisha Hale, Individually, and Maisha Hale, As Next of Friend of Raphial Smith suffered injuries.

14. Plaintiff, Robert J. Milow, Jr. has incurred medical expenses in excess of $2,500.00.

15. Plaintiff, Bridgette Milow, has incurred medical expenses in excess of $2,000.00.

16. Plaintiff, Maisha Hale, Individually, has incurred medical expenses and Plaintiff, Maisha Hale, As Next of Friend and Guardian of Raphial Smith, has incurred medical expenses within the jurisdictional limits of this Court.

## COUNT I
## LIABILITY OF DEFENDANT JOHN B. LINEBERGER III

17. The Plaintiffs sue Defendant John B. Lineberger III, and re-allege and incorporate paragraphs 10 through 17 above as if more fully stated herein.

18. At all times material, Defendant John B. Lineberger III owed to Plaintiffs, Robert L Milow, Jr., Bridgette Milow, Maisha Hale, Individually, and Maisha Hale, As Next of Friend and Guardian of Raphial Smith, the duty to operate the aforementioned commercial vehicle in a reasonably safe manner.

19. At all times material, Defendant John B. Lineberger III breached his duty of care to

3

Plaintiffs, Robert L Milow, Jr., Bridgette Milow, Maisha Hale, Individually, and Maisha Hale, As Next of Friend and Guardian of Raphial Smith, by negligently, carelessly and recklessly: failing to drive and maintain control of the aforementioned vehicle in a careful and prudent manner; by failing to keep a proper look-out; and by failing to maintain proper and safe distance; and by failing to take evasive actions.

20.   As a direct and proximate result of Defendant John B. Lineberger III's carelessness, recklessness, and negligence, Plaintiffs, Robert L Milow, Jr, Bridgette Milow, Maisha Hale, Individually, and Maisha Hale, As Next of Friend and Guardian of Raphial Smith sustained multiple bodily injuries including pain and suffering.

## COUNT II
## VICARIOUS LIABILITY /RESPONDEAT SUPERIOR
## D&M CARRIERS

21.   Plaintiffs, Robert L Milow, Jr., Bridgette Milow, Maisha Hale, Individually, and Maisha Hale, As Next of Friend and Guardian of Raphial Smith, sue Defendant D&M Carriers, and re-allege and incorporate paragraphs 10-20, as stated above and as if more fully stated herein.

22.   Because Defendant John B. Lineberger III, was operating the commercial vehicle, a dangerous instrumentality, with the full knowledge, authority and consent of Defendant D&M Carriers, and was within the full course and scope of his employment, agency or apparent agency with Defendant D&M Carriers, said corporation is vicariously liable for all damages sustained by Plaintiffs.

23.   Defendant D&M Carriers' actions, by and through its agent and/or employee Defendant John B. Lineberger III, as more fully set forth above, were the proximate and direct cause of accident.

4

24.    Defendant D&M Carriers actions, by and through its agent and/or employee Defendant John B. Lineberger III, were willful, wanton, callous, reckless and represented depraved indifference to for the safety of others as set forth herein, constituted liability for damages under applicable Arkansas law.

25.    Plaintiffs reserve the right to supplement and/or amend this pleading.

WHEREFORE, Plaintiffs, Robert L Milow, Jr., Bridgette Milow, Maisha Hale, Individually, and Maisha Hale, As Next of Friend and Guardian of Raphial Smith pray that this Court grant judgment in favor of Plaintiffs Robert L Milow, Jr., Bridgette Milow, Maisha Hale, Individually, and Maisha Hale, As Next of Friend and Guardian of Raphial Smith against Defendant D&M Carriers and Defendant John B. Lineberger III, in an amount in excess of the maximum amount required for personal injury damages; for a trial by jury on all issues of fact arising herein; for attorney's fees and costs; and for all other just and proper relief to which they may be entitled

Respectfully submitted,

MAYS, BYRD & ASSOCIATES, P.A.
212 Center Street, 7th Floor
Little Rock, Arkansas 72201
501-372-6303
501-399-9280 -Facsimile
tmays@maysbyrdlaw.com

BY: _____
Tiffany Mays O'Guinn, Bar #2006053
ATTORNEY FOR PLAINTIFFS

5