IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT J. MILOW, JR.; BRIDGETTE
MILOW; and MAISHA HALE,
Individually and as Next Friend and
Guardian of Raphial Smith                                        PLAINTIFFS

v.                          No. 3:16-cv-358-DPM

D&M CARRIERS and JOHN B.
LINEBERGER, III, Individually                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 27 April 2018 to resolve any issues involving the settlement.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2018